UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ANDREA WOOD,

    Plaintiff

v.

JANSEN WOOD and MELISSA WOOD,

    Defendants

Case No.: 3:25-cv-00180-ART-CSD

**Order**

Plaintiff has filed a civil complaint. (ECF No. 1.) The Local Rules of Practice for the District of Nevada provide: "Any person who is unable to prepay the fees in a civil case may apply to the court for authority to proceed *in forma pauperis* (IFP). The application must be made on the form provided by the court and must include a financial affidavit disclosing the applicant's income, assets, and liabilities." LSR 1-1.

Plaintiff's complaint was not accompanied by an IFP application or the $405 filing fee (consisting of the $350 filing fee and $55 administrative fee). Plaintiff has **30 days** from the date of this Order to either file her completed IFP application or pay the full $405 filing fee. If Plaintiff files her completed IFP application, the court will screen the complaint under 28 U.S.C. § 1915(e)(2)(B), which requires dismissal of a complaint, or any portion thereof, that is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief.

If Plaintiff fails to timely file a completed IFP application or pay the filing fee, the court will recommend dismissal of this action without prejudice.

Additionally, on April 9, 2025, the court received a notice that mail sent to Plaintiff was returned as undeliverable. Under Local Rule IA 3-1, an attorney or pro se party must *immediately* file with the court written notification of any change of mailing address.

Plaintiff shall file a notice of change of address within **30 days** of the date of this Order. A failure to provide a notice of change of address may result in dismissal of the action or other sanction deemed appropriate by the court. LR IA 3-1.

**IT IS SO ORDERED**.

Dated: April 9, 2025

_____
Craig S. Denney
United States Magistrate Judge

2