UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANDREA WOOD,<br><br>       Plaintiff,<br> v.<br><br>JANSEN WOOD, *et al.*,<br><br>       Defendants. | Case No. 3:25-cv-00180-ART-CSD<br><br>ORDER GRANTING MOTION TO EXTEND |

  *Pro se* Plaintiff Andrea Wood brings this action against Jansen Wood and Melissa Wood. On June 5, 2025, Plaintiff requested a 14-day extension of time to respond to Defendant's motion to dismiss (ECF No. 23). Plaintiff filed her response (ECF No. 32) on June 16, 2025.

  Good cause appearing, the Court orders that Plaintiff's motion for an extension of time (ECF No. 29) is granted nunc pro tunc.

DATED: August 6, 2025

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1