**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANDREA WOOD,<br><br>　　Plaintiff<br><br>v.<br><br>JANSEN WOOD and MELISSA WOOD,<br><br>　　Defendants | Case No.: 3:25-cv-00180-ART-CSD<br><br>**Order**<br><br>Re: ECF No. 53, 63 |

Plaintiff has filed a "motion for criminal charges, grand theft, perjury, real estate theft." (ECF No. 53.) Defendants filed a response. (ECF No. 61.) Plaintiff filed a reply. (ECF No. 64.) Plaintiff also filed a motion to strike Defendants' response. (ECF No. 63.)

This is a civil lawsuit that Plaintiff initiated against her siblings, asserting various claims relating to the trust set up by their late father. It is not a forum to request criminal prosecution. Therefore, Plaintiff's motion (ECF No. 53) is **DENIED**.

Plaintiff's motion to strike Defendants' response (ECF No. 63) is likewise **DENIED**. The Local Rules provide that a party may file a motion, and the opposing party may file a response, and the moving party may then file a reply. LR 7-2. As such, Defendants properly filed a response to Plaintiff's motion. Plaintiff may raise arguments regarding a response or opposition in her reply brief, but she should refrain from moving to strike a response because she disagrees with the positions taken by Defendants. **IT IS SO ORDERED**.

Dated: August 27, 2025

_____
Craig S. Denney
United States Magistrate Judge