# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ANDREA WOOD,

    Plaintiff

v.

JANSEN WOOD and MELISSA WOOD,

    Defendants

Case No.: 3:25-cv-00180-ART-CSD

**Order**

Re: ECF No. 57

    Plaintiff has filed a motion to compel response to Plaintiff's claims. (ECF No. 57.)

    A defendant may serve an answer to a complaint **or** a motion that serves as a responsive pleading. Fed. R. Civ. P. 12. Defendants have filed a motion to dismiss, which is fully briefed and pending before District Judge Traum. Nothing else is required of Defendants to respond to Plaintiff's claims at this point. Therefore, Plaintiff's motion (ECF No. 57) is **DENIED**.

**IT IS SO ORDERED**.

Dated: August 27, 2025

_____
Craig S. Denney
United States Magistrate Judge