# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ANDREA WOOD,

    Plaintiff

v.

JANSEN WOOD, et al.

    Defendants

Case No.: 3:25-cv-00180-ART-CSD

**Order**

Re: ECF Nos. 121, 122

On October 24, 2025, the court issued an order giving Plaintiff until November 23, 2025, to either pay the $405 filing fee or file a completed IFP application. (ECF No. 121.)

Plaintiff filed a response stating that this was paid months ago, citing ECF No. 7. (ECF No. 122.) There is a notation that the filing fee was received by way of a check in the amount of $405 on April 14, 2025 (ECF No. 6), however, the check was returned on April 28, 2025, due to insufficient funds. The court's receipt specifically notes that only when the bank clears the check or verifies credit of funds is the fee officially paid. (*See* ECF No. 12.)

As such, the court advises Plaintiff to check her bank account statement to confirm that the check was returned. Plaintiff still has until **November 23, 2025**, to pay the full $405 filing fee or submit a completed application to proceed *in forma pauperis*. If Plaintiff fails to timely comply with this order, the court will recommend dismissal of this action without prejudice.

**IT IS SO ORDERED**.

Dated: October 29, 2025

                                                                          Craig S. Denney
United States Magistrate Judge